**Electronically Filed
Supreme Court
SCWC-11-0000728
09-APR-2013
10:26 AM**

SCWC-11-00000728

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

WELLS FARGO BANK, N.A.,
Respondent/Plaintiff-Appellee,

vs.

GARY MITSUHIRO YAMAMOTO and DARRAH KALAHUALANI ROWE YAMAMOTO,
Petitioners/Defendants-Appellants.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP NO. 11-0000728; CIV. NO. 09-1-0641)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, Acting C.J., McKenna, and Pollack, JJ.,
Circuit Judge Crandall, in place of Recktenwald, C.J., recused,
and Circuit Judge Wilson in place of Acoba, J., recused)

Petitioners/Defendants-Appellants' application for writ

of certiorari filed on February 25, 2013, is hereby rejected.

DATED: Honolulu, Hawai‘i, April 9, 2013.

Gary Victor Dubin,                    /s/ Paula A. Nakayama
Frederick J. Arensmeyer,
and Zeina Jafar for                   /s/ Sabrina S. McKenna
petitioners
                                      /s/ Richard W. Pollack
Robert E. Chapman
and Elise Owens Thorn                 /s/ Virginia L. Crandall
for respondent
                                      /s/ Michael D. Wilson

